**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| STEPHEN T. FURST, | : | No. 450 MAL 2019 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| EASTON AREA SCHOOL DISTRICT AND | : | |
| EASTON AREA BOARD OF EDUCATION, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 17th day of December, 2019, the Petition for Allowance of Appeal is **DENIED**.